United States Bankruptcy Court

Middle District of Georgia

| | |
|---|---|
| IN RE:<br>Assunta B. Fary<br>3111 4Th Avenue<br>Columbus, GA 31904-8132 | Chapter 13<br><br>Case No. 10-40380-JTL |

Transmittal of Unclaimed Funds

Now comes the Chapter 13 Trustee and transmits to William E. Tanner, Clerk of the United States Bankruptcy Court, the sum of $345.17 in unclaimed funds of Liberty Utilities, creditor.

Last Known Address (Most recent listed left to right):

Liberty Utilities
Attn: Yvonne Baker
175 John W. Morrow, Jr. Pkwy
Gainesville, GA 30501

Dated: 11/13/2013

/s/ A. Kristin Hurst

A. Kristin Hurst, Trustee